AO 106 (Rev. 01/09) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Jaylan GORE<br>Franklin County, Ohio Jail located at 2460 Jackson Pike, Columbus, Ohio | )<br>)<br>) Case No.  23-mj-11<br>)<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the ____Southern____ District of ____Ohio____ *(identify the person or describe property to be searched and give its location)*: Jaylan GORE, M/B, 5'7", 135 pounds, DOB: 04/16/2002, SSN: XXX-XX-1313 who is currently incacerated at the Franklin County, Ohio Jail located at 2460 Jackson Pike, Columbus, Ohio

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*: Saliva, and or topical or oral skin cells, to be obtained by means of an oral swab.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of ___18___ U.S.C. § ___922(j)___, and the application is based on these facts:  See attached

☑ Continued on the attached sheet.

☐ Delayed notice of ___ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

JERRY ORICK  ATF TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: January 9, 2023

City and state: Columbus, Ohio

Kimberly A. Jolson
United States Magistrate Judge

## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, Jerry Orick, Task Force Officer (TFO), with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), being duly sworn, depose and state the following:

## INTRODUCTION

1. I am currently employed as a police officer by the Columbus Police Department and have been with the department since 2001. As part of my duties, I am also currently assigned as a Task Force Officer (TFO) with ATF. My responsibilities as a TFO include the investigation of violent criminal street gangs, narcotics traffickers, money launderers, and fraud and firearm related crimes. I have participated in the execution of search warrants and arrests related to the above-referenced offenses.

2. I make this affidavit in support of an application for a warrant to search and obtain a Deoxyribonucleic Acid (DNA) sample from the person of **Jaylan M GORE** (DOB 04/16/2002) and SSN # XXX-XX-1313), who is currently an inmate in the custody of the Franklin County, Ohio, Jail. As set forth in this affidavit, this DNA sample may constitute evidence of violations of 18 U.S.C. §§ 922(j) (receive, possess, conceal, store, barter, sell, or dispose of any stolen firearm or ammunition).

3. This affidavit is intended to show that there is sufficient probable cause for the above-described search warrant and does not purport to set forth all of my knowledge of, or investigation into, this matter. The facts and information contained in this affidavit are based on my personal knowledge, my training and experience, my interviews of various witnesses, including law enforcement personnel who participated in the investigation, and my review of certain records and documents.

4. On August 14th, 2022, the Vance's FFL located at 4250 Alum Creek Drive, Obetz, Ohio 43207 was burglarized of 15 firearms. ATF, CPD and Obetz PD initiated an investigation into the burglary. Multiple stolen/ recovered automobiles (KIA and Hyundai) were recovered connected to the FFL burglary.

5. During the course of the investigation a juvenile suspect, hereinafter referred to as NP, was identified. Investigators obtained NP's cellular telephone number from a juvenile cooperator. The cooperator reported contact with NP from and to the previously provided cellular telephone number just days prior. The contact with the juvenile cooperator was audio recorded and a copy of the contact will be maintained by ATF.

6. NP's call detail records and timing advance reports were obtained for the NP's cell data

revealed that NP was at the scene of the FFL burglary and also at multiple stolen/ recovered vehicle locations. A copy of historical call detail records and timing advance reports will be maintained by ATF as evidence.

7. On August 17th, 2022, a search warrant was executed at the residence of NP. The search warrant resulted in the discovery and seizure of NP's cellular telephone for an additional search warrant.

8. The search warrant of NP's cellular telephone revealed that NP had multiple contacts (call, text, facetime) with Javon GORE (aka: Vonny) and Robert KIMBALL (aka: LoLo), as well as others, both known and unknown to investigators at this time. The search warrant also revealed that NP's cellular telephone was physically at the Vances FFL burglary at the time of the burglary and at multiple locations where stolen/ recovered automobiles were located. A copy of the data obtained from the cellular telephone search warrant will be maintained by ATF as evidence.

9. Additionally, on August 17th, 2022, Columbus, Ohio Division of Police officers arrested convicted felon Mikael WATERS (CPD report: 220600728) for possession of a Makarov, P-64, 9mm pistol, sn: BB00605, loaded with six 9mm rounds in the magazine and one 9mm round in the chamber.

10. WATERS is prohibited from possessing firearms for the following convictions;

    a. 2020 Having Weapons Under Disability (F-3) conviction from the Franklin County Court of Common Pleas (case # 20CR-1360) 2/18/2021-Sentenced to 18 months incarceration ODRC
    b. 2015 Robbery (F-2) conviction from the Franklin County Court of Common Pleas (case # 15CR-6135) 9/16/2016-Sentenced to 4 years incarceration ODRC

11. During an inventory search of WATERS' vehicle CPD officers discovered an additional firearm (Glock, 22, .40 cal pistol, sn: BAVZ760) under the front passenger seat of the vehicle WATERS' was driving. The Glock 22, .40 cal pistol, sn: BAVZ760 was found to have been stolen from the 8/14/2022 Vances FFL burglary. All evidence pertaining to WATERS' arrest will be maintained by ATF as evidence.

12. WATERS cellular telephone was located during the arrest and seized as evidence. A search warrant was executed on WATERS' cellular telephone and a copy of the cellular telephone arrest will be maintained by ATF.

13. WATERS's was slated at the Franklin County, Ohio Jail (FCJ) for the aforementioned weapons violations and investigators monitored and transcribed calls made by WATERS from

2

the Franklin County, Ohio Jail under WATERS' FCJ PIN number: 0388662.

14. On August 17th, 2022, at approximately 9:06 a.m., WATERS placed a call to Tonshaya Pipkin, the mother of his child from the FCJ facility. A synopsis of the call is listed below;

    8/17/22
    9:06 a.m.
    614-372-3457-Tonshaya Pipkin
    FCO-0N Booking 5
    MW--Text Jay and them. Tell them they owe down bro.
    TP--Yeah I talked to Dree this week.
    MW--Don't give them the car or nothing. That nigga left his shit in the car. This dumb ass left his gun in the car.
    TP--Yeah he said that.
    MW--Just told him about that. Stop leaving your shit in my car. Told him about that a couple days ago.
    MW--I'm sorry for putting your car in there. I woulda been cool if they wouldn't have seen that dumbass bb gun in the back seat. I had an interview at subway tomorrow too. What did bro say?
    TP--He was just telling me what happened.
    MW-What'd he say about leaving his shit in the car though?
    TP--He said he was trying to get it but it was so far up under the seat.
    MW--Type shit. When he was with me he was wanting to cry like, that bitch hot and all this and all that. I don't know what the fuck. He shouldn't have left his shit.
    MW--I told them there was a nigga on the passenger side. The boys told him to stop and he took off. You know me. I didn't do too much. I said he took off and I never knew. The whole time the police was saying it was just stolen. I was just telling dum dum if you feel like this and you could go fed leave that bitch in the house. Like you know all this about this bitch. He said bro it's not like that just move right.
    MW--On hood they was watching us. I said y'all think if I had a glock don't you think that would be on my hip? When y'all pulled up? Fuck all that. Tell bro and them to put in for my bond. Remember a couple days ago when I told you when he left his shit in my car?
    TP--Yeah.
    MW--We jumped on his ass. He left his phones in there and all types of shit. I'm ready to get a job and be normal for real.

15. On August 18th, 2022, Grove City, Ohio Division of Police officers arrested Javon GORE for possession of a Beretta, 92X performance, 9mm pistol, sn: BST19675, 10 rounds of 9mm ammunition and narcotics. The firearm as swabbed for DNA. All evidence pertaining to the arrest of Javon GORE will be maintained by ATF.

16. Javon GORE was prohibited from possessing a firearm due to the below listed case(s).

    a. April 2022-Improperly Handling a Firearm, a fourth-degree felony (F4) under section

3

2923.16 of the Ohio Revised Code; Failure to Comply with Order or Signal of an Officer, an F4 under section 2921.331 (ORC); and Having Weapon(s) while Under Disability, an F3 under 2923.13 (ORC)-Franklin County Court of Common Pleas Case Number 22CR1449 7/13/2022-Guilty Plea-Count 3-Improper Handling of Firearm in Motor Vehicle

b. June 2020-Possession of Drugs, an F5 under section 2925.11 (ORC); and Having Weapon(s) while Under Disability, an F3 under 2923.13 (ORC)-Franklin County Court of Common Pleas Case Number 20CR2740 11/7/2019-Sentenced to 12 months Community Control (count 1 and 2)

17. Javon GORE was slated at the Franklin County, Ohio Jail (FCJ) for the aforementioned weapons and narcotics violations and investigators monitored and transcribed calls made by Javon GORE from the Franklin County, Ohio Jail under GORE's FCJ PIN number: 0193643.

18. GORE made multiple calls from the FCJ facility. Synopses of the calls pertaining to the possession of the previously identified firearm are listed below;

8/18/2022
6:33 p.m.
380-710-3792-Robert Kimball (aka: LoLo)
FCO-0N Booking 1
JG--I just caught a whole new gun charge cuz. I got 4 on the shelf.
RK--They don't ever give you the max unless you cop out.
JG--It's woozy. They was already in the room for two weeks. The day I come up to the room the police come up to her room because of the room being a fraud. Talking about the room was paid for with a stolen card. They been up here too long. There was police and erything up there. When I open up the door to leave the police right there. I turn back and he was like hold on, hold on. I walk back in and sit the bag down on Finn. They asking all these questions and they ask whose bag is this? She coulda said these is mine but she said, get your bag, get your bag all suspicious so they go through the bag and find that bitch. On Finn, caught bang...They catch me in the hallway. ATF came and hollered at me and showed me pictures of lil Nemo and Ant, you feel me? All the little young, young'uns. On Finn I'm like what? They asked where'd you get this from? I said I didn't know. Just bought it off some little kids in the hood. I said I don't know them little kids. I said I seen it and said bro you don't need this and got it off them and gave them like 100 dollars.

8/19/2022
1:57 p.m.
614-288-1344-Mom (Heather Tucker)
FCO-1E8-2
JG--Did they do it?

4

Mom--Your stuff been paid. They did it immediately. They went to the one you told them to go to. The one Mikael (WATERS) went to and the lady told them to wait and see if they put a hold on you.
JG--Ok.

8/20/2022
4:52 p.m.
614-288-1344-Mom (Heather Tucker)
FCO-1E8-2
JG--Three way LoLo for me real quick.
RK--She's gonna do it Monday.
JG--That bitch Mariah cuz? She's the police....on Finn. She's telling them that's my bag with the blik. Really did me bad.
JG--I know cuz. That's where I was going bro. Rakai was picking me up to take me to Lil Shawn's. I was about to go sell it to Teewanny. On Finn...that's exactly where I was going. I wasn't going no extra places. She was taking me to Teewanny so I could sell it to him to get rid of it. I was gonna get rid of it. I'm sick bro. I'm just praying my PO don't put no holder on me. Monday comes and he's gonna fuck around and have to do his job.

8/20/2022
10:50 p.m.
614-354-8196-(Haleem Reeves 0402585)
FCO-2W4-2
*Inmate to Inmate three way merged call.*
HR--How you get caught with the blick?
JG--That fat ass bitch Mariah that twin be fucking with. The boys hit her room because she been in the room for two weeks. The boys come up there and she starts blaming me for the bookbag and there's a blick in the bag.
HR--Damn, she told?
JG--On my dad she said, get your bag...get your bag in front of the boys.
HR--On hood.
JG--I booked on the boys left to right. ATF pulled up on me and said the guns were stolen. Said the KIA boys hit the vances and they stolen.
HR--Who was with y'all?
JG--Mariah and some girl. She did some police shit on Mar.
HR--Yeah on Harry.
JG--My game system was in there. On my mom bro.

19. On September 13th, 2022, ATF TFOs Orick and Wright conducted an interview with Jaylan GORE at 369 S. High Street, 4th floor, Columbus, Ohio (Franklin County, Ohio Adult Probation Office). Jaylan GORE was read his constitutional rights and agreed to answer questions without an attorney present. The interview was audio recorded and a copy of the interview will be maintained by ATF as evidence.

20. Jalyan GORE was informed that he was being interviewed regarding the Vance's FFL burglary

5

that occurred on 8/14/2022 at 4250 Alum Creek Drive, Obetz, Ohio. Jaylan GORE was further informed that 15 firearms were taken from the location.

21. Jaylan GORE was informed that investigators observed that juvenile suspect NP had contact with Jaylan GORE vie cellular telephone (chat, text, facetime, etc). GORE stated he knew NP through his older brother "USH", who has been previously identified as Malachi PEE.

22. Jaylan GORE was informed that immediately following the aforementioned contact Jaylan GORE was observed having contact with Robert KIMBALL (aka: LoLo) and Javon GORE (aka: Vonny). NP's cellular telephone was then observed contacting KIMBALL and Javon GORE. Jaylan GORE was informed that Mikael WATERS (aka: Kels) was arrested on 8/17/2022 with one of the FFL firearms and that Javon GORE was arrested with one of the FFL firearms on 8/18/2022.

23. Jaylan GORE stated KIMBALL informed him, word on the streets, that some people hit a gun store and KIMBALL asked Jaylan GORE if he wanted to look at the stolen firearms via facetime. Jaylan GORE stated he agreed to look at the firearms and described a live video of firearms sitting on a bed. Jaylan GORE stated he identified one of the firearms as a tan FN in addition to the firearm that Javon GORE was arrested with. Jaylan GORE stated KIMBALL asked him if he wanted to purchase any of the stolen firearms. Jaylan GORE stated he informed KIMBALL he did not want to purchase any of the shown firearms.

24. Jaylan GORE was asked if his DNA would be on the Glock 22, .40 cal pistol, sn: BAVZ760 that was located under the front seat of the vehicle WATERS was driving. Jaylan GORE stated, "I touched that Glock. For sure I touched it. I touched the gun but it wasn't mine. I got my own gun. My bitch's gun. I touched it one time. I done looked at it.". Jaylan GORE was asked to explain his last statement. Jaylan GORE replied, "Vonny (Javon GORE) and LoLo (Robert KIMBALL) brought it around.". Jaylan GORE was asked how the Glock 22, .40 cal pistol ended up in WATERS' vehicle and Jaylan GORE stated Javon GORE and Robert KIMBALL left the firearm in the vehicle.

6

26. The firearm was submitted to the Columbus Police Crime Laboratory where it was swabbed for cellular material (DNA). The laboratory is qualified and certified to conduct DNA analysis. In order to determine if GORE is a contributor of any DNA recovered, the laboratory needs a sample DNA swab from GORE. If DNA profiles are recovered from these swabs, a reference standard from GORE is needed for comparison.

27. Based on the foregoing, I believe that there is probable cause to issue a search warrant and obtain a Deoxyribonucleic Acid (DNA) sample from the person of GORE, as this DNA sample may constitute evidence of violations of 18 U.S.C. § 922(j) (receive, possess, conceal, store, barter, sell, or dispose of any stolen firearm or ammunition). Therefore, I request that the Court allow me and/or other authorized law enforcement officers to take a cotton swab and place it inside the mouth of GORE, rubbing the inside of his cheek to obtain cellular material—this method allows officers to obtain saliva, and or topical or oral skin cells, by means of an oral swab. Based on my training and experience, I know that this procedure is quick, painless and involves minimal intrusion into the body. This warrant also permits authority to execute the search warrant with force if necessary.

FURTHER AFFIANT SAYETH NAUGHT.

January 9, 2023

Subscribed to and sworn before me this day on _____ of 2023.

Kimberly A. Jolson
United States Magistrate Judge

7